

# United States District Court
# Eastern District of California

| | |
|---|---|
| LPI INC. | |
| **Plaintiff(s)** | Case Number: 2:22-cv-01428-KJM-KJN |
| V. | |
| REBOOT LABS LLC, D/B/A "PLUNGE" | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| **Defendant(s)** | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jacob G. Horton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff LPI Inc.

On 11/21/2006 (date), I was admitted to practice and presently in good standing in the Tennessee Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 08/11/2022          Signature of Applicant: /s/ Jacob G. Horton

**Pro Hac Vice Attorney**

Applicant's Name:                   Jacob G. Horton

Law Firm Name:                     BLANCHARD HORTON PLLC

Address:                                 P.O. Box 5657


City:                    Oak Ridge            State:    TN       Zip:   37831

Phone Number w/Area Code:    (865) 269-2673

City and State of Residence:    Oak Ridge, TN

Primary E-mail Address:           jhorton@blanchard-patent.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:             Nathaniel L. Dilger

Law Firm Name:                       One LLP

Address:                                   23 Corporate Plaza

                                                Suite 150-105

City:                    Newport Beach       State:    CA       Zip:    92660

Phone Number w/Area Code:    (949) 502-2870        Bar #      196203


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:    August 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE